CLERKS OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
8/5/2024
LAURA A. AUSTIN, CLERK
BY: s/ K. SAVILLE
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action: 5:24MJ60 |
| | ) | |
| FRANK LUCIO CARILLO | ) | |

## DETENTION ORDER

On August 5, 2024, the Government moved for detention of the Defendant pursuant to 18 U.S.C. § 3142(f)(1)(A). In response to the Government's motion, Defendant did not contest detention at this time, and requested a continuance of the detention hearing until August 8, 2024, before the Hon. Joel C. Hoppe.

Accordingly, it is **ORDERED** that the Defendant be detained pending a detention hearing and decision of the court.

Entered: August 5, 2024

C. Kailani Memmer
United States Magistrate Judge